McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4058
Facsimile: (559) 497-4099

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA SAMMANN,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES;<br>FAMILY HEALTHCARE NETWORK,<br>PORTERVILLE PATIENT ENCOUNTER<br>GROUP, MARTIN FALAPPINO, D.O.,<br>and ROBERT SANTOYO, P.A.,<br>inclusive,<br><br>            Defendants. | 1:05-cv-00366-OWW-SMS<br><br>**STIPULATION AND ORDER AMENDING LITIGATION SCHEDULE** |

    Plaintiff Tina Sammann ("plaintiff") and defendant United States Department of Health and Human Services ("United States") stipulate, by and through the undersigned counsel, to the following revised case schedule as specified below and respectfully request that the Court so approve.

    The parties seek to briefly extend this action's pretrial schedule and trial date as set forth below.  Good cause exists in support of this stipulation, and is based on grounds including the following:

First, one of this action's defendants and former employees of the United States (Dr. Fallapino) appears to have moved places of employment several times since the commencement of this case and has proven difficult to locate.  Counsel for the United States recently located this witness at an office number where a receptionist indicates he works, but has been unable to elicit a return contact from him despite multiple attempts.  While it appears as if the parties will now be able to secure his attendance at his deposition by way of formal subpoena if necessary, this deposition is necessary in this case and may reveal the need for previously unforeseen follow up discovery.

Second, an extension of this case's discovery deadline requires an extension of expert disclosure deadlines in order to enable them to issue opinions armed with necessary underlying information.  Third, if expert disclosure deadlines are extended, then this action's dispositive motion deadline, pretrial conference and trial date should likewise be extended in an effort to maximize their respective productivity.

Fourth, the parties wish to approach this case's settlement conference with all relevant facts underlying this case, which they believe will in turn maximize its productivity as well.  This can only be achieved if the parties are first permitted to complete discovery as discussed in preceding paragraphs of this stipulation.  Finally, counsel for both parties face impacted litigation schedules, which require scheduling modifications as agreed herein.  Counsel for the United States faces extensive

trials in October 2006 and January 2007, each of which requiring extensive preparation in the interim.

Based on the above, the parties hereby stipulate to the continuance of this action's case schedule as specified below. The parties also request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Plaintiff's Expert Disclosure Deadline | October 20, 2006 | **January 19, 2007** |
| Supplemental Expert Disclosure Deadline | November 17, 2006 | **February 16, 2007** |
| Discovery Deadlines: | | |
| Non-Expert | September 22, 2006 | **December 22, 2006** |
| Expert | December 22, 2006 | **March 23, 2007** |
| Non-Dispositive Motion Filing Deadline | October 13, 2006 | **January 12, 2007** |
| Dispositive Motion Filing Deadline | December 22, 2006 | **March 23, 2007** |
| Settlement Conference Date | December 13, 2006 (10:00 a.m., SMS) | **March 29, 2007 (_10:00 _a.m., SMS)** |
| Pretrial Conference | February 12, 2007 (11:00 a.m., OWW) | **May _21_, 2007** 11:00 a.m. |
| Trial | March __, 2007 (9:00 a.m., OWW) | **July 10, 2007)** (9:00 a.m., OWW) |

Dated: September 8, 2006.                               September 6, 2006

                        Respectfully submitted,

Law Offices of William H. Newkirk          McGREGOR W. SCOTT
                                            United States Attorney
(As auth. 9/8/06)
___/s/ William H. Newkirk              ____/s/ Brian W. Enos___
WILLIAM H. NEWKIRK                      BRIAN W. ENOS
Attorneys for Plaintiff                 Attorneys for
Tina Sammann                            United States of America

3

IT IS SO ORDERED.

**Dated:   September 12, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                                        UNITED STATES DISTRICT JUDGE