McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone:  (559) 497-4058
Facsimile:  (559) 497-4099

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA SAMMANN, | 1:05-cv-00366-OWW-SMS |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING EXPERT DISCLOSURE AND EXPERT DISCOVERY DEADLINES; ORDER** |
| UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; FAMILY HEALTHCARE NETWORK, PORTERVILLE PATIENT ENCOUNTER GROUP, MARTIN FALAPPINO, D.O., and ROBERT SANTOYO, P.A., inclusive, | |
| Defendants. | |

Plaintiff Tina Sammann ("plaintiff") and defendant United States Department of Health and Human Services ("defendant") stipulate, by and through the undersigned counsel, to extending expert disclosure and expert discovery deadlines in this case and respectfully request that the Court so approve.

The parties seek to extend this action's expert disclosure and expert discovery deadlines by thirty days, respectively, and as specifically set forth below.  Good cause exists in support of

this stipulation, and is based on grounds including the following:

First, the parties completed the depositions of percipient witnesses on December 15, 2006.  No deposition transcripts, however, have been received to date.  Plaintiff's expert disclosure deadline is presently set for January 19, 2007.  An extension of expert disclosure deadlines is therefore necessary for experts to have an adequate opportunity to analyze deposition transcripts prior to issuing opinions.

Second, counsel for defendant will commence a five week trial in Courtroom 2 of this Court on January 17, 2007.  A thirty day extension of defendant's present February 16, 2007 expert disclosure deadline is therefore necessary to avoid the otherwise anticipated and undesired consequence of facing an expert disclosure deadline while in the midst of another trial.

Third, the present stipulation does not require a modification of this case's present pretrial conference or trial.

Based on the above, the parties hereby stipulate to the continuance of this action's expert disclosure and expert discovery deadlines as specified below.  The parties also request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Plaintiff's Expert Disclosure Deadline | January 19, 2007 | **February 19, 2007** |
| Supplemental/ Defendant's Expert Disclosure Deadline | February 16, 2007 | **March 16, 2007** |
| Expert Discovery Deadline | March 23, 2007 | **April 23, 2007** |

Dated: January 3, 2007          January 3, 2007

                   Respectfully submitted,

Law Offices of William H. Newkirk  McGREGOR W. SCOTT
                                   United States Attorney

(As auth. 1/3/07)
/s/William H. Newkirk          /s/Brian W. Enos
WILLIAM H. NEWKIRK             BRIAN W. ENOS
Attorneys for Plaintiff       Attorneys for defendant
Tina Sammann                  United States Department of
                              Health and Human Services

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   January 5, 2007**          **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE

3