McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA SAMMANN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; FAMILY HEALTHCARE NETWORK, PORTERVILLE PATIENT ENCOUNTER GROUP, MARTIN FALAPPINO, D.O., and ROBERT SANTOYO, P.A., inclusive,<br><br>　　　　　Defendants. | 1:05-cv-00366-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL AND ORDER RE SAME** |

　　　Pursuant to this stipulation as well as the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

　　　**IT IS SO STIPULATED.**

Dated: March _26_, 2007.　　　　　March _26, 2007

　　　　　　　　Respectfully submitted,

LAW OFFICES OF WILLIAM H. NEWKIRK　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　United States Attorney


/s/William H. Newkirk__　　　　　/s/Brian W. Enos_____
WILLIAM H. NEWKIRK　　　　　　　　BRIAN W. ENOS
Attorneys for　　　　　　　　　　Attorneys for
Plaintiff Tina Sammann　　　　　United States of America

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   March 27, 2007**                    **/s/ Lawrence J. O'Neill**
b9ed48                                         UNITED STATES DISTRICT JUDGE